FRANCIS X. ZAPF, Appellant, *v.* LULU N. CARTER, Respond-
ent, Impleaded with Others.

Reported below, 70 App. Div. 395.
(Submitted December 8, 1902; decided December 9, 1902.)

MOTION to dismiss an appeal by permission from an order
of the Appellate Division of the Supreme Court in the fourth
judicial department, entered March 22, 1902, reversing an
interlocutory judgment in favor of plaintiff entered upon the
report of a referee.

. · The motion was made upon the ground that the return on

appeal was imperfect in that it does not contain a true copy of the judgment appealed from.

*George C. Carter* for motion.

*John Conboy* opposed.

Motion denied, with ten dollars costs.